IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:10-cv-595

| | |
|---|---|
| BARBARA S. LUKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING**
**UNCONTESTED MOTION TO SUBSTITUTE PROPER DEFENDANT**

Now before the Court is defendant's Uncontested Motion to Substitute Proper Defendant

[doc. #6], and having considered both the Motion and Memorandum of Law in Support of the

Motion, including the consent of plaintiff, and it appearing that Bank of America, N.A. is the

proper party defendant in this action,

it is ORDERED that Bank of America, N.A. be and hereby is substituted for Bank of

America Corporation as the appropriate party defendant in the above-captioned action.

Signed: January 25, 2011

Graham C. Mullen
United States District Judge